# Attachment A

leave to file is
granted
1/7/09

To: United States District Court for the District of Columbia
Judge Name: Emmet Sullivan

Aug 8, 2008

CA 05-2348

My name is Ghassan Al Sharbi and I am currently detained by the U.S. government in Guantanamo Bay. My ISN in this detention center is # 682. I have been recently informed that I have a petition in the US Courts.

With respect to Habeas petition :-
   1) I have never authorized or wanted to authorize an attorney to represent me in the US Courts.
   2) I have never filed or wanted to file a case.
Therefore, I do hereby drop and withdraw all or any case(s) filed by my name or on my behalf in all U.S. Courts. This includes Habeas Petitions to Challenge the lawfullness of my detention.

Also, I do hereby terminate all or any authorization given on my behalf to all or any attorney(s) in order to represent me in the U.S. Courts. This includes lawyer Robert Rachlin authorized by my father.

Further, I shall inform you that I have an access to the U.S. Courts. Therefore, there should not be, in the future, any case filed on my behalf.
Finally, I shall inform you that I am not coerced, neither mentally nor Physically, with respect to writing this letter.

Ghassan Alsharbi                    Signature:
Detainee # 682

Guantanamo Bay